MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: EMILY E. DAUGHTRY*
Special Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-1579
Fax: (212) 637-2717
* Authorized to represent the United States in this District.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TERON ALEXANDER FRANCIS, et al.           :
                                          :   CERTIFICATION
                                          :
              Plaintiffs,                 :   07 Civ. _____
                                          :
       v.                                 :   Index No. 14179-07
                                          :   (Supreme Court of the State
THE BRONX-LEBANON HOSPITAL                :   of New York, Bronx County)
CENTER, et al.,                           :
                                          :
              Defendants.                 :
------------------------------------------------------------x

   I, MICHAEL J. GARCIA, the United States Attorney for the Southern District of New York, pursuant to the provisions of 42 U.S.C. § 233 and 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify, on the information now available, that defendants Robert C. Bingham, D.D.S., Arnold Homer, D.D.S., and the Dr. Martin Luther King, Jr. Health Center (collectively, the "federal defendants"), were acting within the scope of their employment at the time they rendered medical care to plaintiff Teron Alexander Francis, and that, pursuant to 42 U.S.C. § 233(g), the federal defendants are deemed to be employees of the United States under the Federal Tort Claims Act.

Dated:      New York, New York
            September 27, 2007

                                          _____
                                          MICHAEL J. GARCIA
                                          United States Attorney
                                          Southern District of New York