MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: EMILY E. DAUGHTRY*
Special Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Tel.: (212) 637-1579
Fax:  (212) 637-2717
* Authorized to represent the United States in this District.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

TERON ALEXANDER FRANCIS, et al.        :

                                       :        CERTIFICATE OF SERVICE
                                       :
                      Plaintiffs,      :        07 Civ. 9450
                                       :
                      v.               :        Index No. 14179-07
                                       :        (Supreme Court of the State
THE BRONX-LEBANON HOSPITAL             :        of New York, Bronx County)
CENTER, et al.,                        :
                                       :
                      Defendants.      :
-------------------------------------------------------------x

I, EMILY E. DAUGHTRY, a Special Assistant United States Attorney for the Southern

District of New York, hereby certify that on October 23, 2007, I caused a copy of (1) the Notice

of Removal in Teron Alexander Francis, et al., v. The Bronx-Lebanon Hospital Center, et al., 07

Civ. 9450 (GBD), (2) the Individual Rules of Judge Daniels, (3) 3rd Amended Instructions for

Filing an Electronic Case or Appeal,  (4) USDC/SDNY Procedures for Electronic Case Filing,

and (5) USDC/SDNY Guidelines for Electronic Case Filing to be served upon the following:

ROBERT J. GENIS, ESQ.
Attorney for Plaintiffs
SONIN & GENIS
One Fordham Plaza, Suite 204
Bronx, NY 10458

JONATHAN A. MEISTER, Esq.
Attorney for Defendants
Bronx-Lebanon Hospital Center

Indranil Gupta, M.D.
Rajesh Shenoy, M.D.
Aaronson, Rappaport, Feinstein and Deutsch, LLP
757 3rd Ave.
New York, NY 10017

Dated:  New York, New York
        October 23, 2007

_____
EMILY E. DAUGHTRY
Special Assistant United States Attorney