MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: EMILY E. DAUGHTRY*
Special Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Tel.: (212) 637-1579
Fax:  (212) 637-2717
* Authorized to represent the United States in this District.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TERON ALEXANDER FRANCIS, et al.           :
                                                                          :          ECF CASE
                        Plaintiffs,                              :
                                                                          :          <u>NOTICE OF MOTION</u>
                v.                                                    :
                                                                          :          07 Civ. 9450 (GBD) (AJP)
THE BRONX-LEBANON HOSPITAL      :
CENTER, et al.,                                  :
                                                                          :
                        Defendants.                         :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Federal Defendants' Motion to Substitute the United States as Defendant and to Dismiss the Complaint as Against the United States; the Declaration of Emily E. Daughtry, dated October 29, 2007, and the accompanying exhibits; and the Declaration of Richard G. Bergeron, dated August 30, 2007, defendants the Dr. Martin Luther King, Jr. Health Center, Robert C. Bingham, D.D.S., and Arnold V. Homer, D.D.S. ("the Federal Defendants"), by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, move this Court on October 29, 2007,  for an order substituting the United States of America as defendant in place of the Federal Defendants and dismissing the Complaint as against the United States for

lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil

Procedure.

Dated:  New York, New York
        October 29, 2007

                                              MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York
                                            Attorney for Federal Defendants

By:    /s/ Emily E. Daughtry
       EMILY E. DAUGHTRY
       Special Assistant United States Attorney
       86 Chambers Street
       New York, New York 10007
       Telephone:  (212) 637-1579
       Facsimile:  (212) 637-2717

To:    ROBERT J. GENIS, ESQ.
       *Attorney for Plaintiffs*
       SONIN & GENIS
       1 Fordham Plaza, Suite 204
       Bronx, NY 10458

       JONATHAN A. MEISTER, Esq.
       *Attorney for Defendants*
       Bronx-Lebanon Hospital Center
       Indranil Gupta, M.D.
       Rajesh Shenoy, M.D.
       Aaronson, Rappaport, Feinstein and Deutsch, LLP
       757 3rd Ave.
       New York, NY 10017