## CERTIFICATE OF SERVICE

  I, EMILY E. DAUGHTRY, a Special Assistant United States Attorney for the Southern District of New York, hereby certify that on October 29, 2007, I caused a copy of the Notice of Motion, the Memorandum of Law in Support of the Federal Defendants' Motion to Dismiss the Complaint, the Declaration of Emily E. Daughtry, and the accompanying exhibits, and the Declaration of Richard G. Bergeron, to be served, by Federal Express, upon the following:

  Robert J. Genis
  Attorney for Plaintiffs
  SONIN & GENIS
  1 Fordham Plaza, Suite 204
  Bronx, NY 10458

  JONATHAN A. MEISTER, Esq.
  Attorney for Defendants
  Bronx-Lebanon Hospital Center
  Indranil Gupta, M.D.
  Rajesh Shenoy, M.D.
  Aaronson, Rappaport, Feinstein and Deutsch, LLP
  757 3rd Ave.
  New York, NY 10017

Dated: New York, New York
   October 29, 2007

                     /s/ Emily E. Daughtry
                     EMILY E. DAUGHTRY
                     Special Assistant United States Attorney