USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: APR 0 3 2008

Robert J. Genis, Esq. (RG-8030)
SONIN & GENIS
Attorney for Plaintiffs
1 Fordham Plaza, Suite 204
Bronx, NY 10458
Tel: (718) 561-4444
Fax: (718) 561-2162

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERON ALEXANDER FRANCIS, deceased, by
MARCERLYN FRANCIS, as Administratrix of the
Estate, Goods, Chattels, and Credits of TERON
ALEXANDER FRANCIS, and MARCERLYN
FRANCIS, individually,

       Plaintiffs,

 -against-

BRONX-LEBANON HOSPITAL CENTER, DR.
MARTIN LUTHER KING JR. HEALTH CENTER,
ROBERT C. BINGHAM, D.D.S., ARNOLD V.
HOMER, D.D.S., INDRANIL GUPTA, M.D.,
RAJESH SHENOY, M.D., "JOHN DOE,"
M.D./D.D.S (whose first and last name is fictitious
and presently unknown),

       Defendants.
------------------------------------------------------------X

07 Civ. 9450 (GBD)

STIPULATION AND ORDER

 IT IS STIPULATED AND AGREED, by and among the parties, by their undersigned respective attorneys that:

 1. Plaintiffs' claims against defendants Dr. Martin Luther King Jr. Health Center, Robert C. Bingham, D.D.S. Arnold V. Homer, and the United States of America ("federal defendants") have been previously dismissed without prejudice by this court.

 2. Plaintiffs' claims against the remaining defendants Bronx-Lebanon Hospital Center, Indranil Gupta, M.D., Rajesh Shenoy, M.D., "John Doe", M.D. are not dismissed and are hereby severed from the aforementioned federal defendants and remanded back to the Bronx County Supreme Court, Index no. 14179/07.

 3. A faxed copy of this stipulation has the same force and effect as an original document.

1

Dated: Bronx, NY
April 1, 2008

SONIN & GENIS
Attorneys for Plaintiffs

AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH, LLP
Attorneys for Defendants Bronx-Lebanon
Hospital Center, Indranil Gupta, M.D., Rajesh
Shenoy, M.D., "John Doe", M.D. or D.D.S.

By: Robert J. Genis
1 Fordham Plaza, Suite 204
Bronx, NY 10458
Tel: (718) 561-4444
Fax: (718) 561-2162

By: Jonathan A. Meister, Esq.
757 Third Avenue
New York, NY 10017
Tel: (212) 593-6700
Fax: (212) 593-6970

So Ordered:

Dated: New York, NY
April   , 2008

APR 0 2 2008

Hon. George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS

2